IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3098 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS SEARCEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to continue, filing no. 25, is granted
and the initial appearance on pretrial release violation is
continued from today to June 2, 2009 at 3:00 p.m.

DATED this 19th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge