IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3098 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS SEARCEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for continuance, filing no. 27, is granted and the initial appearance on allegations of violation of conditions of release is continued to June 18, 2009 at 3:15 p.m.

Defendant is required to be present for the hearing.

DATED this 1st day of June, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge