IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3098 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FRANCIS SEARCEY, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that Defendant Searcey's initial appearance on allegations of violation of conditions of release, and sentencing, are set before the undersigned United States district judge, on June 18, 2009, at 12:30 p.m. The June 18 3:15 p.m. hearing before Magistrate Judge Piester is canceled. The defendant shall be present unless excused by the court.

June 2, 2009.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge